ORMAN et al. *v.* KEITH et al.

PRACTICE — *when to file bill of exceptions.* A bill of exceptions, filed in vacation, there being no order of court to authorize it, is no part of the record.

Mr. S. E. Browne, for Orman and Jewett, presented a transcript of the record and moved that the writ of error be made a supersedeas. The errors assigned referred to the evidence given at the trial below, and this evidence was contained in a bill of exceptions filed in vacation. There was no order of court authorizing the bill to be filed in vacation pursuant to the statute. 4 Sess. 92.

Per Curiam. We think that a bill of exceptions should be filed in term time unless there is an order of court allowing it to be filed in vacation. In this case there was no such order and no bill of exceptions filed in term time, and therefore we cannot notice the errors assigned. The motion for supersedeas is denied.

*Motion denied.*